**David Zavala #01574120**
Name and Prisoner/Booking Number

**USP of Atwater**
Place of Confinement

**PO Box 019001**
Mailing Address

**Atwater CA 95301**
City, State, Zip Code

FILED
AUG 29 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**David Zavala**
(Full Name of Plaintiff)
Plaintiff,

v.

(1) **United States of America**
(Full Name of Defendant)
(2) **Bureau of Prisons**
(3) **Warden Doere**
(4) **HSA Franks** (See Attached Page 1-A)
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **1:25 CV 01099 HBK (PC)**
(To be supplied by the Clerk)

**Jury Trial Demanded.**

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☑ Other: **Federal Tort Claims Act, & U.C.C.**

2. Institution/city where violation occurred: **U.S.P of Atwater California**

RECEIVED
AUG 29 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Revised 3/15/2016                          1

- Attached Page -

Parties in this Suit...

Plaintiff - Zavala
        v.
Defendants - United States of America
             Bureau of Prisons
             Warden Trate, Previous Warden
             Warden Doere, Current Warden
             Assistant Warden Sliver, Previous Assistant Warden
             HSA Allen, Previous Health Service Administrator
             HSA Franks, Current Health Service Admin.
             Dr. L. Giron, Doctor
             Unidentified Regional Doctor, Head Doctor
             Unidentified Scheduler, Consult Scheduler
             Dr. Moore, Prison Doctor

Each defendant being sued under his/her Official & Individual capacity for FTCA & 8th Amendment violation under color of Federal Law.

Each defendant, at all times, was employeed by the United States of America's Bureau of Prisons @ USP of Atwater in Atwater California.

(1-A)
- Attached Page -

## B. DEFENDANTS

1. Name of first Defendant: __Doe__. The first Defendant is employed as: __Warden__ at __USP of Atwater__
   (Position and Title)                                    (Institution)

2. Name of second Defendant: __Trate__. The second Defendant is employed as: __Warden__ at _____
   (Position and Title)                                    (Institution)

3. Name of third Defendant: __Sliver__. The third Defendant is employed as: __Assistant Warden__ at _____
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: __Allen__. The fourth Defendant is employed as: __Acting HSA__ at _____
   (Position and Title) (See attached page 1-A for more) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __3__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Zavala__ v. __Ward et al.__,
      2. Court and case number: __Midd Dist of GA, 5:19-CV-383-TES-CHW__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Reversed & Remanded by 11th Cir & pending trial.__

   b. Second prior lawsuit:
      1. Parties: __Zavala__ v. __Spindel et al.__,
      2. Court and case number: __ND of GA, 1:20-CV-04416-SDG__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending Appeal, 11th Cir. 24-10713-D__

   c. Third prior lawsuit:
      1. Parties: __Zavala__ v. __Nash et al.__,
      2. Court and case number: __1:22-03082-SDG__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __I Dismissed it on my own.__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __8th Amendment Right to be free from Cruel & Unusual Punishment under the U.S. Constitution.__

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1.) Plaintiff suffers from a severe case of Keratoconus. His condition is serious enough to where he has already went under one corneal transplant in the left eye & considered legally blind from both eyes. He requires the use of hard plastic contact lenses to regain partial vision. These where lost while @ USP of ATL in Atlanta GA.
   2.) Plaintiff was transferred to USP of Atwater California without having been reissued the contacts necessary to have vision. His only option was to wear a previously issued ill-fitting contact so he would not be blind during the trip.
   3.) Zavala arrived to USP of Atwater on December 4th, 2023 immediately informing medical personel Piacensia at his intake screening the lack of sterile-drops & ill-fitting contacts were causing a painful ulcer on his cornea. Staff was also informed Plaintiff was legally-blind without the contacts due to this condition. Nothing was done or documented for this medical need at this encounter.
   (See Attached pages 3-A through 3-G)
   21 paragraphs total...

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Medical delay caused Corneal Ulcers, Corneal scarring, pain, suffering, mental & emotional distress. Excrutiating pain & discomfort. Straining for sight causes migraines. See pg ___ of supporting facts for more info.

5. **Administrative Remedies:** Exhausted Completely.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

- Attached page -

Sect. D - Cause of Action, 3. Supporting Facts

4.) Again on December 7th, 2023 plaintiff's eyes were blood-shot from an apparent infection. He made the same complaints that were raised at his intake; this time to Dr. Giron. The Doctor recognized the serious medical need but argued that it would be 18 months before plaintiff would see an eye-doctor because the institution did not have one. He also refused to order refills on the predforte or sufficient sterile-drops claiming the meds were no longer necessary.

5.) Zavala's pain & suffering from the infected eye was ignored. The consult of December 7th with Dr. L. Giron brought no relief. He continued prospecting relief by presenting his issues @ sick-call. January 5th, 2024, after a month of no treatment, he returned to the sick-call window a second time. The unidentified nurses declared they were not eye-doctors & there was nothing that could be done for plaintiff.

6.) Throughout this time & for the past 15 months Zavala has also sought medical treatment by notifying Warden Trate, Warden Doere, Assistant Warden Sliver, Acting HSA Allen, HSA Franks, & other unidentified Medical Staff of his serious medical needs via Trulincs Electronic Request to Staff. Most of these persistant request go unacknowledged. Only few are responded with instructions to attend sick-call having knowledge this is being done & resulting in nothing.

7.) Personal approaches & verbal request for treatment to the above listed administrators also resulted in dismissive, conclusive, or recklessly indiffrent answers. Each Federal Official has demanded

(3-A)
- Attached page -

- Attached page -

Sect. D - Cause of Action, 3. Supporting Facts

"patience" in waiting for my consult or the employment of an eye-doctor when presented with my medical emergencies. Warden Trate was approached atleast 3 times during mainline with a visible eye infection before leaving the facility. The remaining defendants have been approached countless times on camera & with a witness. None have resulted in adequate & timely treatment.

8.) Even the most simple request for over the counter sterile-drops results in staffs ill-will & hostile denials such as the request made on January 23, 2024 to the unidentified white nurse working the pill-call window. The latest was January 6th, 2025 to an unidentified Indian male who for the past year has claimed they would have it if "Biden did'nt send all the money to Ukraine." It has been explained to all defendants that when I run out of sterile water I am compeled to use sink water to apply the ill-fitting contact & that I am concerned it will cause further damage to my corneas. Both pill window staff have slammed the window in my face frustrated at my request. My vision has worsened due to this deprivation.

9.) I initiated my Admin Remedies January 30th, 2024 with a BP-8 & proceeded with a BP-9 February 15th. This did not result in an out-side consult until February 26th, 2024. By the time I was escorted to the egregiously delayed consult the ulcer & infection had healed. Nonetheless, the specialist noted the corneal scaring & recommended the obvious: That I come back for a contact refitting for prompt issuance of adequate ones &

(3-B)
- Attached page -

Sect. D - Cause of Action, 3. Supporting Facts

They also prescribed predforte & sufficient sterile-drops. Plaintiff asserts that if he had not initiated his Admin. Remedies Process he would have not recieved the belated consult.

10.) Since the first free-world consult all defendants had undeniable knowledge that plaintiff's pain & suffering could be remedied by prompt issuance of his medications & adequate fitting contact lenses. Despite the urgency of the situation the custom of this BOP facility is to down play the severity of the medical need so they can delay the scheduling of free-world treatments & consults. Plaintiff percieved this as negligence at first but now asserts it is a systematic practice implemented to save funds, resources, & labor at inmates health cares expense.

11.) To this date plaintiff has not been issued adequate fitting contacts. In the past 15 months he has suffered from corneal ulcers on countless occations (approximately 12 or more logged) each lasting from 3-10 days to heal. While healing he is forced to give his eye prolonged breaks to the use of hard contacts, meaning he is compelled to face life in a federal pen while blind. This carried over after the loss of the right fit's in U.S.P of ATL.

12.) When plaintiff is forced to use the contacts before an ulcer is fully healed it only makes the ulcer flare causing agonizing pain. Even while an ulcer is not fully present the use of these contacts is extremely uncomfertable. Prolonged use for more than 8 hours almost allways results in a sore which develope into ulcers. His corneas have been severly damaged & vision on his lost eye worse.

(3-c)

- Attached page -

Sect. D - Cause of Action, 3. Supporting Facts

13.) The Medical Dept has never issued, nor has staff Admin staff ensured, 911 treatment while an ulcer has flared. He has presented his emergency symptoms to the new HSA Franks personally on numerous occations since March 13th, 2024. Despite regular officers recognizing Zavala's injured eye & sending him to medical, Med Staff & Admin dismiss his needs with promises of an "up-coming consult." Only on one occation out of a dozen did AW Sliver compel HSA Franks to issue meds for a clear infection. Nonetheless, Franks claimed it would not be documented. The many request for consults have also gone unattended to by HSA Franks. A personal encounter on May 10th, 2024 was blamed on an unidentified "Scheduler & Regional Dr.", yet he promised he would have it scheduled within the week. By June 27th, 2024 plaintiff had not recieved his fittings, an encounter & request for treatment @ the pill call window that day uncovered that no consult was pending because none had been ordered.

14.) The deprivation of appropriate meds has also played a part in my pain & suffering. First, I've been denied my prescribed "prednisolone/predforte" drops. I have a history on file of having used these for years. Even after the first consult ordered I have them issued; defendants failed to do so agianst clear orders.

15.) Second, defendants had been made aware of both my need for the above refrenced med & an adequate supply of sterile-drops necessary for the application of the hard contacts. I am only issued & allowed 10ml per month. This is egregiously insufficient & does

(3-D)
- Attached page -

- Attached page -

Sect. D - Cause of Action, 3. Supporting Facts

not even last 2 weeks forcing me to erighther use contaminated sink water or live legally blind. Another factor is the delay in issuance of the sterile-drop refill which takes 7-12 days after it is requested but is covered-up by staff's false documenting the date of issuance.

16.) Medical staff have a practice of false documenting or not documenting injuries or other events to cover-up medical negligence & reckless indifference to our medical needs.

17.) For over a year I was promised that an in-house eye doctor would be employed by the institution. On December 6, 2024 I found out through personal research that it would be the new eye doctors day on the job. The defendants did not have Zavala scheduled on the call out to see him however he stayed @ medical that morning demanding treatment until HSA Franks, to avoid the scene, complied. This doctor found the obvious issues & stated he would give orders of relief. I returned on January 10th, 2025, again without having been scheduled. Despite his promise of relief on the December 6th, 2025 encounter none had been issued. Nonetheless I recieved answers to my inquiries regarding denials of treatment & medical delays. Together we concluded the following:

(a) First, the in-house optometrist explained that since there was no actual eye-doctor @ the institution before him staff had no way of diagnosing his ulcers or evaluate the severity.

(b) Second, we concluded that my appointments were delayed due to an unidentified Regional Doctor & Scheduler who does not understand or care for the severity & urgent need for adequate contacts.

(3-E)
- Attached page -

- Attached page -

Sect. D - Cause of Action, 3. Supporting Facts

(c) Third, the denials of Predforte & sterile-drops likewise arise from the unidentified doctors incomprehension or indifference to plaintiff's serious medical need & refusal to grant prescriptions.

(d.) The new optometrist alleged he can only note orders & make recommendations but does not have access to the computer system to put it on the record. He states that the decision of actually granting the treatments, consults, & prescription med issuance is "above his pay-grade", we concluded that the orders he gave on December 6 were obviously denied, likewise were those of free-world doctors.

(e) Lastly, denials of 911 treatment, delayed appointments, & denials of medications can also be attributed to defendants custom of false documenting &/or not documenting injuries & events to cover-up these constitutional violations. i.e. false documenting the actual date of med issuance & omittions of clinical encounters.

18.) Zavala was taken to have fittings done on November 18, 2024. He has since then begged Defendants for a consult to have the new adequate fittings issued. To this date Plaintiff endures pain, suffering, discomfort, & mental anguish from having to choose from using the extremely bad fitting contacts or live blind.

19.) The damage to plaintiff's cornea & progression of his illness is now visible. Specialist have noted scaring & significant loss of sight. This is a severe hinderence to plaintiff's legal activities or even reading a book or watching TV. Plaintiffs mental state has also worsened. The straining of his sight causes migraine head aches mostly when laying at night. These cause severe insomnia & mood swings.

(3-F)
- Attached page -

- Attached page -

## Sect. D - Cause of Action, 3. Supporting Facts

The situation overwhelmed plaintiff with hopelessness & despair which has led to severe depression. Zavala's anxiety has also progressed as well as his PTSD & Auditory Hallucinations. Zavala has become hyper-vigilant & extremely paranoid of authority figures. He believes the U.S. Government, through the BOP's inaction is deliberately letting him go blind to stop his legal actions.

20.) Defendants customs & practices of medical denials & delays, as a whole, violate Zavala's 8th Amendment Rights under the U.S. Constitution. These acts & omissions committed under color of federal Law have caused on-going pain, suffering, mental anguish, & physical & psychological injuries for which only this Honorable Court can remedy.

21.) All Administrative Remedies where exhausted pursuant to PLRA despite staff's attempts to thwart exhaustion. After a BP-8 & BP-9 was denied by the institution, both the Region & Central Offices denied relief via remaining remedies. Zavala then filed a standard 95 form in the Western Region Office (Admin Claim No. TRT-WXR-2024-07756) which has not been resolved within the allotted 6 month timeframe Zavala respectfully brings his claims to this Honorable Court for a prompt preliminary Injunction & petitioning the below listed relief.

Executed on this 28th day of ~~January~~ February, 2025 under oath & penalty of perjury pursuant to 28 USC § 1746.

Respectfully,

DAVID ZAVALA, Pro Se
David Zavala #01574120
USP of Atwater
PO Box 019001
Atwater CA 95301

(3-E)

- Attached page -

## E. REQUEST FOR RELIEF

State the relief you are seeking: 1.) Plaintiff prays for Preliminary Injunctive Relief (see attached Motions) 2.) He seeks nominal, compensatory, & punitive damages against the U.S.A & defendants in the total amount of $760,000.00. 3.) Plaintiff demands cost in this suit. 4.) Plaintiff Demands a Jury Trial on all issues. 5.) Any additional relief this court deems proper, just, & equitable.

In accordance with 28 USC § 1746, under Oath & Penalty of Purjery,

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Feb, 28th, 2025
DATE

Signature: David Zavala, pro se
SIGNATURE OF PLAINTIFF

David Zavala #01574120
USP of Atwater
PO Box 019001
Atwater CA 95301

N/A
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

N/A
(Signature of attorney, if any)

N/A
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.