(1)

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

AUG 2 9 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

DAVID ZAVALA, Plaintiff

v.

U.S.A., B.O.P,
Warden Doere, HSA Franks,
et al.,    Defendants

CASE NO.
1:25 CV 01099 HBK(IC)

## MOTION FOR PRELIMINARY INJUNCTION AND AFFIDAVIT IN SUPPORT

COMES NOW, pro sē plaintiff David Zavala, a Prisoner @ USP of Atwater, CA hereby moving this court for relief under Rule 65 of the Fed. R. Civ. P. In support of this motion I make the following Statements under Oath & penalty of perjury pursuant to 28 USC §1746:

## I. Sufficient Notice Certification

I hereby certify that I've exhausted the BOP Admin Remedy Program & further gave notice of litigation on or about Jan, 28, 2025 to Warden Doere & HSA Franks. No relief has been issued. After 15 months of having awaited for treatment, & having exhausted all remedies approx 7 months ago,

(1)

(2)

no further notice to defendants should be required.
(See: Complaint, & Attached Affidavit with Exhibits)


II. Grounds For Preliminary Injunction

1.) Keratoconus is a serious diseaos of the eyes. I am considered
legaly-blind & require hard plastic contacts & medication to enable
vision & stabilize my condition. I was transfered from USP of ATL
wearing ill-fitting contacts which cause excruciatingly painful
corneal ulcers.

2.) For the past 15 months Defendant BOP officials have shown
deliberate indiffrence to my serious medical needs when
approached for relief during ulcer flares & when requesting
adequate contacts. For 15 months I've been made to endure
pain & disconfort caused by ill-fitting contacts or made to live
blind in a dangerous prison while corneal ulcers heal. My eyes
constantly become infected & I'm denied treatments at the
facility or recklessly delayed appointment of consults until
after the ulcer is healed.

3.) Free world doctors have noted corneal scaring from these ill-
fitting contacts. Further delay in issuance of the appropriate fit
could result in irraparable loss of vision, an eye, or further damage
to my corneas & mental stability. Furthermore the delay in
treatment has & "will in further significant injury or unnece-
ssary & wanton infliction of pain" - Jett v. Penner, 439 F.3d

(2)

(3)

1091, 1096 (9th 2006). Such acts & omissions violate the Plaintiff's 8th Amendment & only this court can issue orders of Relief.

## III. Acts Required / Relief Sought

1. Zavala prays a preliminary injunction may be ordered commanding defendants, their agents, employees, or any other person who are in concert or participation with defendants that:

(a) They will immediately ensure Zavala is scheduled for a prompt consult for issuance of adequate fitting contacts.

(b) They will ensure the consult is not further delayed & have him escorted there immediately to have new fittings issued, &

(c) That plaintiff's predforte drops & sufficient amount of sterile-drops can be issued as prescribed by ophthamologist.

2.) Zavala also pray atleast a Telephonic Hearing if not in person Hearing can be set at the earliest time possible.

## IV. Zavalas Affidavit In Support

1) I hereby adopt & incorporate all statements made in Sect. D of my verified complaint. I suffer from a severe case of "Keratoconus" of both eyes. I am legally blind & required predforte eye-drops, hard contacts lenses, & a contacts kit which included sufficient sterile-drops to apply the hard plastic contacts (See: Attached Ex: A-1 & A-2)

2.) The Medical Dept, Institution Administrators, & Head BOP Admin

(4)

were made aware of my medical needs upon arrival in December 2023. The deprivation of ~~my medical needs~~ adequate fitting contacts & medication has caused on-going painful corneal ulcers which result in constant irritation & eye infection.

3.) I have had these ulcers on endless occasions this year & forced to live legally-blind for 3-10 days at a time to give my eye time to heal. While I take breaks from the use of this ill-fitting contact simple tasks such as reading or walking to mainline care almost impossible. Deprivation of eye-sight has caused severe depression, anxiety & other mental disorders.

4.) Even before an ulcer flares the discomfort & pain from the ill-fitting contact lenses causes my eyes to constantly tear, excrutiating migraines, & sinuses, & extreme sensitivity to light.

5.) The eye doctors have noted corneal scarring & I can feel the lost bit of sight blurring due to this delay of approving new contacts. The institution finally hired an optomotrist, which likewise ordered meds & contacts but the HSA & Region Doctor will not grant a consult.

6.) Warden Doere & HSA Franks were approached in person for a verbal request of treatment on Feb. 11, 2025. Doere continues to demand "patience" & Franks states the delay is "due to lack of funds" & the Regional Doctors Denial. Even while my eye is blood-shot from an ulcer Defendants have ignored my pain & suffering with the same type dismissive answers.

(5)

7.) I have begged for treatment & waited almost 15 months now to no avail. Further delay puts me at risk of loosing my vision or my eye due to infection. The attached E-mail printouts show my persistance in seeking relief of pain & suffering. There are numerous more that could not be printed. I pray this court will issue immediate relief (See Ex B, (1-5))

8.) The BOP & its agents have been sufficiently notified of such issue & unconstitutional scheduling customs via the Admin Remedy program. A final notice of preliminary Injunction was sent to the Warden & HSA via Email on January 28, 2025. This has yet to be responded or acted on. Registered Nurses have confided that the denials of treatment are a custom of the Region Doctor whom only prioritizes treatments of those who have terminal illnesses.

9.) I beg the Justice of this District to issue prompt orders of preliminary Injunction to help me save my vision. My on-going suffering can only be remedied by court intervention.

Executed on this
day of 2025 in
Merced County, CA
under Oath & Penalty
of purjery pursuant
to 28 USC § 1746.

Respectfully
David ZAVALA, pro se
# 01574-120

David Zavala # 01574120
USP of Atwater
PO BOX 019001
Atwater CA 95301

(5)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: ZAVALA, DAVID | | Reg #: | 01574-120 |
| Date of Birth: 05/13/1993 | Sex: M   Race: WHITE | Facility: | ATL |
| Encounter Date: 12/19/2019 09:20 | Provider: Spindel, Gilbert | Unit: | Z02 |

Optometry - Optometry Exam encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**          **Provider:** Spindel, Gilbert Optometrist(OD,

**Chief Complaint:** Eyes/Vision Problems

**Subjective:** 26 yo Hispanic male; diagnosed with Keratoconus; last lenses were dispensed by at Georgia Diagnostic Classification Center, Jackson GA.; Prior to that he received HCL's from GDC, Waycross GA.; He had a prior corneal x-plant OD; One lens and his HCL case (with solution) were removed by the nurse last night. He was previously dispensed 1% Pred. Acetate for the OD "when he felt it was necessary"; uses one drop about one month - no reason given; He was dispensed traditional AT's.

**Pain:** No

## OBJECTIVE:

## ASSESSMENT:

Keratoconus, H18609 - Current

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Contact- RGP Lens Cleaner/Conditioning Solution | 12/19/2019 09:20 | 3 drops Other-see notes on device - daily x 180 day(s) |
| | **Indication:** Keratoconus | | |
| | Contact- RGP Lens Rewetting Solution Sol | 12/19/2019 09:20 | 6 drops Other-see notes Contact Case/Box -  daily x 180 day(s) |
| | **Indication:** Keratoconus | | |

## Disposition:

Follow-up in 1 Month

## Other:

Rx Boston HCL solutions (cleaning, rewetting, replacement HCL case

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/19/2019 | Counseling | Access to Care | Spindel, Gilbert | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Spindel, Gilbert Optometrist(OD, FAAO) on 12/19/2019 09:31

Requested to be cosigned by  Martin, D. MD/CD.

Cosign documentation will be displayed on the following page.

EX:
A-2

**Bureau of Prisons**
**Health Services**
**Consultation Request**

| | |
|---|---|
| Inmate Name: ZAVALA, DAVID | Reg #: 01574-120   Complex: ATL |
| Date of Birth: 05/13/1993 | Sex: M |

Report of Consultation: Optometry                     Subtype: Optometry Offsite Appt

Inmate Name: ZAVALA, DAVID
Date of Birth: 05/13/1993                                                    Reg #:   01574-120
Institution:   ATLANTA USP                                                   Sex:     M
               601 MCDONOUGH BLVD SE
               ATLANTA, Georgia 30315
               4046355100

Assessment:   Keratoconus OU
              OD- s/p PKP for KCN
OD con't Pred Forte 1 drop, QD
will need therapeutic scleral lens for
vision rehab
OS- stable exam, good vision with scleral lens
   —con't scleral lens wear.

Plan:   F/U 1-2 mo  scleral lens dispense OD
          TOPO- OU.
                        * scleral lens solutions
                        will need to use
                        Boston Advance
                        cleaner after
                        lens removal

Signature   B See
Date        12/8/2021

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Inmate not to be informed of appointment dates.**

TRULINCS  01574120 - ZAVALA, DAVID - Unit: ATW-D-A

--------------------------------------------------------------------------------

FROM: 01574120
TO: Unit4
SUBJECT: ***Request to Staff*** ZAVALA, DAVID, Reg# 01574120, ATW-D-A
DATE: 12/08/2023 09:36:45 AM

To: Ackting warden
Inmate Work Assignment: A&O

Serious Medical Need Being Delayed, Formal Notice.
-----ZAVALA, DAVID on 12/8/2023 9:34 AM wrote:

>

I was informed by your contract doc that waiting list for eye doctor would be long and that he could not issue or order sterile drops ( salt water solution) necessary to place on hard contacts.Besides the fact that the obne i have i an inadequate fiting im legaly blind without these but using them without proper makes sores on my cornea. May we please have these 8th amendment issue resolved without the need of filing admin remedies or taking the matter into a federal court such as was resently necessary at USP of ATL. thank you.
-----ZAVALA, DAVID on 12/6/2023 3:10 PM wrote:

>

-----Health Services on 12/6/2023 10:22 AM wrote:

>
Sign up for sick call.  Sick Call is Monday, Tuesday, Thursday and Friday during the breakfast move in Health Service. Electronic request is not accepted.


From: ~^! ZAVALA, ~^!DAVID <01574120@inmatemessage.com>
Sent: Wednesday, December 6, 2023 1:24 AM
Subject: ***Request to Staff*** ZAVALA, DAVID, Reg# 01574120, ATW-D-A

To: Unidentified HSA
Inmate Work Assignment: none

i have been deprived of predforte drops and contacts kit for over 2 weeks. keratocunus is a serious medical need. please have me seen immediately and issue necessary drops to mitigate damages.

TRULINCS  01574120 - ZAVALA, DAVID - Unit: ATW-D-A

--------------------------------------------------------------------------------

FROM: 01574120
TO:  Medical Records
SUBJECT: ***Request to Staff*** ZAVALA, DAVID, Reg# 01574120, ATW-D-A
DATE: 01/02/2024 11:07:47 AM

To: HSA Allen
Inmate Work Assignment: n/a

im not using tap water on my cornea anymore, im utterly convinced the US Gov is intentionaly letting me go blind, if my records
were requested from USP of ATL and Emory Eye center of Atlanta like they should have been upon admission we would have
this figured out and i would not be endurinbg pain disconfort and i psychoilogical mess. I wont be wearing this inadequate
co0ntacts any longer, now that im forced to walk around legaly blind, after codialyy and humblely begging for 2 moths, you guys
are personaly liable. BP 8 FORMS DENIED. FORMAL NOTICE,
-----ZAVALA, DAVID on 12/26/2023 10:27 AM wrote:

>

MEDICAL EMERGENCYY,,,the unit is lockdown and im unable to come to the med window, please send the replenishing drops
(saline/artificial tears) neccesary to put on these hard contacts that im legaly blind without. the wrong fitting causes sores on my
corneas as is, and no salinine make it worse, my corneas are sore and ive been enduring excrutiatign pain, predforte drops
have also been delayed. ive already got yall false documenting issuance off meds when my loggs and camara review will show
i was never called or came to the window on alleged date and time. im not trying to reach out to any outside agencies, please
issue medical treatment according to 8th amendment constitutional standards.

TRULINCS  01574120 - ZAVALA, DAVID - Unit: ATW-C-A

--------------------------------------------------------------------------------------------------

FROM: 01574120
TO: AW - Operations
SUBJECT: ***Request to Staff*** ZAVALA, DAVID, Reg# 01574120, ATW-C-A
DATE: 06/25/2024 02:26:27 PM

To: MS. SLIVER
Inmate Work Assignment: N/A

FORMAL NOTICE- PLZ HAVE MEDICAL APARTMENT ISSUE TREATMENT IMMEDIATELY. MEDICAL EMERGENCY
-----ZAVALA, DAVID on 6/25/2024 2:24 PM wrote:

>

Mr.Queen,im attaching a medical request ive been sending themed dept fot 8 months now. To this date im awaiting a consult fot contact fittings that is of urjent priority yet still being delayed. For over 8 moths ive been enduring pain and discomfot from ulcers caused from ill fitting contacts, these and the lack of meds havecaused and continue to damage my cornea, 8 MONTHSLATER, IM STILL BEGGING FOR TREATMENT. pLEASE HAVE YOUR MEDDEPT DOTHE RIGHT THING
-----ZAVALA, DAVID on 6/21/2024 11:46 AM wrote:

>

i understand that, but what i need you guys to understand is that the small bottle of sterile drops to put the contact on is insufficient. Its doesnt even last 2 weeks and i have to use tap water untill thr refill is allowed, furthermore im still pending contacts fitting so these wrong fitting stop causinf sores on my corneas and i can see.
-----Health Services on 6/20/2024 10:47 AM wrote:

>
You have contact solutions prescribed.  Both of which are not expired.

_____
From: ~^! ZAVALA, ~^!DAVID <01574120@inmatemessage.com>
Sent: Tuesday, June 18, 2024 7:43 PM
Subject: ***Request to Staff*** ZAVALA, DAVID, Reg# 01574120, ATW-C-A

To: HSA FRANK
Inmate Work Assignment: dorm orderly

Mr.Franks, could you please insure i get some type of refill or supplement on these sterile drops necessary to put this hard contact on. its was already noted by freeworld doc and staff that a bigger bottle was necessary SO IM NOT USING SINK WATER ON MY CORNEA. as i have been for the past 8 months. Also, IVe been here 8 months and still have not had the contact fitting. like seriously. Serious medical need, and egregios indiffrence.

Ex. B-4

TRULINCS  01574120 - ZAVALA, DAVID - Unit: ATW-C-A

--------------------------------------------------------------------------------

FROM: 01574120
TO: Health Services
SUBJECT: ***Request to Staff*** ZAVALA, DAVID, Reg# 01574120, ATW-C-A
DATE: 07/15/2024 01:25:33 PM

To: HSA FRAnk
Inmate Work Assignment: na

My eye is killin me sir, will you please have staff deliver my sterile drops and see whhat the hold up is for the rescheduleing of appropriate contact re issuance.

EX, B-5

TRULINCS  01574120 - ZAVALA, DAVID - Unit: ATW-C-A

--------------------------------------------------------------------------------

FROM: 01574120
TO: Warden
SUBJECT: ***Request to Staff*** ZAVALA, DAVID, Reg# 01574120, ATW-C-A
DATE: 10/28/2024 10:11:36 AM

To: Warden Doere
Inmate Work Assignment: n/a

I need your help boss man, your medical dept. has refused to have my serious medical needs met. my eyesight has got worst on my last good eye left, im already legaly blind but now cant even make out the big E on the vision test. All i need was my predforte eye drops reissued and a refitting for my keratoconus contacts. the current fiitng i have is inadequate and creating painfull ulcer on my cornea, ive waited long enough and now im being told ill have to basicly endure untill we get a in house opthomoligist when ive been waiting 11 months already. I understand its cheaper on the govermnent but in the long run the longer the delay and damage this causes, IT WILL BE MILLIONS. im Gods creation just like you guys sir, The 8th amendment does not tolerate these acts and omittions, my Admin remedies have been made unavailable. Please pull the med depts coat tail.