UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ZAVALA,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STAES OF AMERICA, et al.,<br><br>   Defendant. | 1:25-cv-1099- HBK (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY BUREAU OF PRISONS AT ATWATER PENITENTIARY |

   Plaintiff—a federal prisoner—initiated this action on August 29, 2025, by filing a *pro se* civil complaint alleging violations of the Federal Tort Claims Act and the Eighth Amendment. (Doc. No. 1, Complaint). Plaintiff seeks leave to proceed *in forma pauperis* on his Complaint and submitted a copy of his prison trust fund statement in support. (Doc. No. 2). Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the full statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Pursuant to § 1915(b)(1), Plaintiff must make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. 28 U.S.C. § 1915(b)(2). The Bureau of Prisons/U.S.P. Atwater is required to send to the Clerk of the Court payments from Plaintiff's inmate trust fund account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. *Id*.

According, it is **ORDERED**:

1. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**.

2. Pursuant to 28 U.S.C. § 1915 (b)(1), the Bureau of Prisons/Warden of U.S.P. Atwater or his designee shall deduct from Plaintiff's prison trust account an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the Plaintiff's name and case number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiffs in forma pauperis application on the Warden of U.S.P. Atwater Penitentiary, at 1 Federal Way, Atwater, CA 95301.

Dated: September 15, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2