**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ZAVALA, | Case No. 1:25-cv-1099 KES FRS (BAM) (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING |
| v. | WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR PRELIMINARY |
| UNITED STATES OF AMERICA, et al., | INJUNCTION |
| Defendants. | (Doc. 9) |

David Zavala is a federal prisoner proceeding pro se in this civil rights action pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and the Federal Tort Claims Act. Zavala reports that he is legally blind and asserts that improper contacts and medication caused corneal ulcers, irritation, and infection. *See generally* Doc. 1; *see also* Doc. 3 at 2. Zavala seeks a preliminary injunction to: (1) ensure he "is scheduled for a prompt consult for issuance of adequate fitting contacts;" (2) "ensure the consult is not further delayed" he is "escorted there immediately to have new fittings issued;" and (3) ensure he receive PredForte drops and a "sufficient amount of sterile drops," as prescribed by an ophthalmologist. *Id.* at 3.

The magistrate judge found Zavala does not show he is entitled to injunctive relief at this stage of the proceedings, as the complaint has not been screened and the court lacks personal jurisdiction over the defendants and staff at the Bureau of Prisons. Doc. 9 at 2-3. Therefore, the

1

magistrate judge recommended the motion be denied. *Id.* The Court served the findings and recommendations on Zavala and notified him that any objections were due within 14 days. *Id.* at 9. The Court advised him that the failure to file objections within the ordered time may result in the waiver of certain rights on appeal. *Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014). Zavala did not file objections, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this court conducted a *de novo* review of the case. Having carefully reviewed the file, the court concludes the findings and recommendations are supported by the record and by proper analysis. At this time, the court lacks jurisdiction over the defendants and a motion for preliminary injunction appears premature. Thus, the court **ORDERS**:

1. The findings and recommendations issued on January 14, 2026 (Doc. 9), are **ADOPTED** in full.

2. Plaintiff's motion for preliminary injunction (Doc. 3) is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated:    February 12, 2026

_____
UNITED STATES DISTRICT JUDGE

2